FILED

07 DEC -5 AM 10: 20

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ D.L.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: **'07 MJ 2816** |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| COLGAN, Jason | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned complaint being duly sworn states:

On or about December 4, 2007, within the Southern District of California, Jason COLGAN did intentionally import approximately 24.1 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Derren Henderson
Special Agent,
IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF DECEMBER, 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 4, 2007, at approximately 23:00, Jason COLGAN entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, California. COLGAN was the owner-operator and sole occupant of a white 1994 Volkswagen Jetta bearing California license 5ZFR431.

During pre-primary operations, the US Customs and Border Protection Officer noticed that the driver of the Jetta (later identified as Jason COLGAN, DOB 11/23/1974) would not make eye contact as he approached the vehicle. After receiving a double negative oral declaration for items being imported into the US, COLGAN added that he owned the vehicle over a year, was in Tijuana for four to six hours and was going back home to Orange County. While COLGAN was being interviewed he hesitated in answering and kept looking away from the Officer.

The driver presented a valid U.S. passport bearing his photo and information. The Officer asked COLGAN for the vehicle registration. When COLGAN complied his hands were visibly shaking. During a cursory inspection of the vehicle the Officer noticed that there appeared to be a compartment under the rear seat.

The vehicle was referred to the secondary inspection area where 32 packages were removed from a non-factory compartment located underneath the rear seat of the vehicle. A presumptive test of one of the packages was positive for marijuana. The total weight of the marijuana was 24.1 kilograms.



COLGAN was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.